USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1096

 UNITED STATES,

 Plaintiff, Appellee,

 v.

 IRA W. DAMON, III,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Morton A. Brody, U.S. District Judge]

 Before

 Selya, Stahl and Lynch,
 Circuit Judges.
 
 

 Jeffrey Silverstein and Billings & Silverstein on brief for
appellant.
 Jay P. McCloskey, United States Attorney, James Moore,
Assistant U.S. Attorney, and F. Mark Terison, Assistant U.S.
Attorney, on brief for appellee. 

SEPTEMBER 11, 1998

 
 

 Per Curiam. Upon careful review of the briefs and
 record, we find no reason to disturb the sentence imposed on
 remand after defendant's first appeal, United States v. Damon,
 127 F.3d 139 (1st Cir. 1997). 
 We reject defendant's contention that he was entitled
 to the benefit of U.S.S.G. 2K2.1(b)(2). In light of the
 relevant surrounding circumstances, including defendant's prior
 conviction for threatening a victim by pointing a Colt .45 at
 his head, the district court did not clearly err in determining
 that defendant did not possess the same or similar Colt .45
 solely as a collector or that he had used it for unlawful
 purposes. See 2K2.1, application note 10; United States v.
 Cousens, 942 F.2d 800, 802 (1st Cir. 1991).
 We also reject defendant's contention that the
 district court was required to explain its choice of a sentence
 n the middle of the applicable guideline range. See Williamsv. United States, 503 U.S. 193, 205 (1992). Nothing in the
 record suggests to us any retaliatory motive.
 Affirmed. See 1st Cir. Loc. R. 27.1.